# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| ROXANNE E. FOX,<br><br>      Plaintiff,<br><br>v.<br><br>ENVIGO RMS, INC.,<br><br>      Defendant. | Case No. 1:16-cv-03499-RLY-TAB |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Envigo RMS Inc., provides its corporate disclosure statement. Envigo RMS, Inc. is a wholly owned subsidiary of Envigo Holding Corp., which in turn is a wholly owned subsidiary of Envigo Holdings, Inc., which itself is a wholly owned subsidiary of Envigo International Holdings, Inc. No publicly held corporation owns 10% or more of Envigo RMS, Inc. or any of the entities in its chain of parent corporations.

Respectfully submitted,

/ s / Emily L. Connor
Alan L. McLaughlin (#10182-49)
Emily L. Connor (#27402.49)

LITTLER MENDELSON, P.C.
111 Monument Circle
Suite 702
Indianapolis, IN  46204
Telephone:  317.287.3600
Facsimile:   317.636.0712
E-mail: amclaughlin@littler.com
        econnor@littler.com

*Attorney for Defendant, Envigo RMS, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of January, 2017, I filed a copy of the foregoing *Defendant's Corporate Disclosure Statement* electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>Bernard R. Mazaheri
>Morgan & Morgan
>bmazaheri@forthepeople.com


>*/ s / Emily L. Connor*
>Emily L. Connor

Firmwide:145493442.1 088278.1003